JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MISHELLE D. KARPF,<br><br>          Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. 2:24-cv-10307-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Commissioner is AFFIRMED.  Judgment is hereby entered in favor of Defendant.


Date: <u>February 16, 2026</u>          _____

HON. STEVE KIM
United States Magistrate Judge